UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 13-7496 DSF (VBKx) | Date | 12/3/14 |
| Title | Seif Ascar v. U.S. Bank, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motions to Dismiss Third Party Complaint (Dkt. Nos. 111, 112, 115)[1]

The motions to dismiss the third party complaint are DENIED.

IT IS SO ORDERED.

---

[1] The Court deems these matters appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for December 8, 2014 is removed from the Court's calendar.