JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SEIF ASCAR, TRUSTEE OF THE ASCAR FAMILY TRUST DATED JULY 5, 2012, an individual,

  Plaintiff,

vs.

U.S. BANK, N.A., a national banking association; SELECT PORTFOLIO SERVICING, INC., a Utah corporation,

  Defendant.

_____

U.S. BANK, N.A., a national banking association,

  Counterclaimant.

vs.

SEIF ASCAR, as the TRUSTEE OF THE ASCAR FAMILY TRUST DATED JULY 5, 2012; SEIF ASCAR, individually,

  Counter-Defendant

_____

CASE NO. 2:13-cv-07496-DSF-E

**JUDGMENT**

1

U.S. BANK, N.A., a national banking association,

                Third Party Plaintiff.

        vs.

OCEAN TOWERS HOUSING CORPORATION, a California Corporation; et al.,

             Third Party Defendants.

 

The Court enters JUDGMENT in favor of U.S. Bank, N.A. on its second cause of action for breach of contract, the Recognition Agreement, alleged in the Third Amended Third Party Complaint against Ocean Towers Housing Corporation.  Ocean Towers Housing Corporation breached paragraph 6 of the Recognition Agreement by cancelling the shares of capital stock associated with stock cooperative Unit 1908-B issued to Dorothea Schiro despite the loan to Ms. Schiro remaining outstanding.

The Court also enters JUDGMENT in favor of Ocean Towers Housing Corporation on U.S. Bank, N.A.'s first cause of action for breach of contract alleged in the Third Amended Third Party Complaint.   Ocean Towers did not breach paragraph 3 of the Recognition Agreement by failing to provide proper notice to Metrocities Mortgage, LLC or U.S. Bank, N.A. of its intent to terminate the Proprietary Lease entered into with Ms. Schiro relating to Unit 1908-B as alleged by U.S. Bank, N.A.

The Court enters JUDGMENT in favor of U.S. Bank, N.A. and Select Portfolio Servicing, Inc. on Seif Ascar's claims for declaratory relief, slander of title, and cancellation of instruments as alleged in Seif Ascar's Complaint.

The Court also enters JUDGMENT in favor of U.S. Bank, N.A. on its counterclaim for declaratory relief against Seif Ascar.  The Court makes the following declarations pursuant to its rulings in this case:

1.     The shares of capital stock of Ocean Towers Housing Corporation issued to Dorothea Schiro relating to the Property have not been cancelled;

2.     U.S. Bank, N.A.'s lien interest in the aforementioned shares of capital stock has not been extinguished;

3.     U.S. Bank, N.A.'s lien interest in the associated leasehold in Unit 1908-B has been extinguished by the termination of the lease through an unlawful detainer judgment.

6/13/16

Date:  _____

_Dale S. Fischer_

Dale S. Fischer
United States District Judge

3